

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00070-CV

Yolanda H. **MONTOYA,** et al,
Appellants

v.

Rosemary H. **GUTIERREZ,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07335
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

After appellee's brief was not timely field by June 10, 2019, this court sent appellee a letter instructing appellee to file by June 24, 2019 a written response stating a reasonable explanation for failing to timely file the brief and advising appellee that her failure to respond would result in this appeal being set for submission without an appellee's brief.

On June 26, 2019, appellee filed a letter response to this court's letter and a brief. The brief, however, violates Texas Rules of Appellate Procedure 9.4(d) and 38.1(*i*) because it contains improper line spacing and no record citations.

Accordingly, it is ORDERED that appellee's brief filed on June 26, 2019 is STRICKEN from our record. It is FURTHER ORDERED that appellee file an amended brief complying with Texas Rules of Appellate Procedure 9.4(d) and 38.1(*i*) within ten (10) days of the date of this order. If appellee fails to comply with this order, this appeal will be set for submission without an appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court